**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

Blaine H. Evanson
Direct: +1 213.229.7228
Fax: +1 213.229.6228
BEvanson@gibsondunn.com

Client: 56654-00002

June 8, 2016

VIA CM/ECF

Molly C. Dwyer
Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: *Mavrix Photographs LLC v. LiveJournal, Inc.*, No. 14-56596

Dear Ms. Dwyer:

I represent appellee LiveJournal, Inc. in the above-captioned appeal, and write in response to the oral argument notice issued by the Court on June 7, 2016. During the week of August 29, 2016, counsel for LiveJournal is available for oral argument on August 29, 30 or 31; counsel is unavailable on September 1 or 2 due to prepaid travel plans over the holiday weekend. As a result, LiveJournal respectfully requests that oral argument be scheduled for August 29, 30, or 31.

Please feel free to contact me with any questions.

Very truly yours,

/s/ Blaine H. Evanson

Blaine H. Evanson
GIBSON, DUNN & CRUTCHER LLP
Counsel for Appellee LiveJournal, Inc.

cc: All counsel of record (via ECF)