NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 30 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MAVRIX PHOTOGRAPHS, LLC, a California limited liability company,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>LIVE JOURNAL, INC.,<br><br>        Defendant-Appellee. | No.   14-56596<br><br>D.C. No.<br>8:13-cv-00517-CJC-JPR<br>Central District of California,<br>Santa Ana<br><br>ORDER |

Before: PREGERSON, PAEZ, and CHRISTEN, Circuit Judges.

The Opinion filed on April 7, 2017 is amended as reflected in the Amended Opinion filed concurrently with this Order.

With the filing of the Amended Opinion, the petition for panel rehearing is DENIED.

The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35. The petition for rehearing en banc is DENIED.

No further petitions for rehearing or petitions for rehearing en banc may be filed.